# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG COOPER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX IGBINOSA, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-0039-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION (DOC. 6)<br><br>ORDER DIRECTING CLERK OF THE COURT TO DOCKET PLAINTIFF'S FIRST AMENDED COMPLAINT |

Plaintiff Craig Cooper is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2011, Plaintiff filed a complaint in Fresno County Superior Court. Doc. 1. On January 5, 2012, Defendants Felix Igbinosa and James Yates removed this action to this Court. Pending before the Court is Plaintiff's motion, filed January 24, 2012, entitled "Application For Relief From the Removal Proceeding and Return To State Court." Doc. 6. The filing is treated as a motion, and is submitted pursuant to Local Rule 230(l).

Plaintiff contends that he erred in filing his claim as pursuant to the Eighth Amendment and state tort claims, intending only to file as a state tort action. Plaintiff attaches an amended complaint with his motion. Plaintiff requests that the Court remand this action to state court in light of Plaintiff's amended complaint. However, Plaintiff's proposed amended complaint still alleges a violation of the Eighth Amendment. "Defendants Yates and Igbinosa violated plaintiff (sic) Calif. Const., 8th Amendment; Calif. Const., art. 1, §17 and Gov. 830 rights." Plaintiff's Proposed Amended Complaint, page 8.

1      A party may amend its pleading with leave of the court, as justice so requires.  Fed. R.
2 Civ. P. 15(a)(2).  Here, Plaintiff has not had the opportunity to amend his complaint.  The Court
3 finds that Plaintiff should be granted leave to file an amended complaint.  The Court will screen
4 the complaint prior to making any determination as to whether the action should be remanded to
5 state court.
6      Accordingly, it is HEREBY ORDERED that:
7      1.    Plaintiff's motion filed January 24, 2012 is granted in part as stated herein;
8      2.    The Clerk of the Court is directed to docket Plaintiff's first amended complaint,
9           attached as pages 4 through 13 of court docket No. 6, in a separate docket entry
10           and label it as Plaintiff's First Amended Complaint.
11 IT IS SO ORDERED.
12      Dated:   **June 25, 2012**            /s/ **Dennis L. Beck**
                                                                            UNITED STATES MAGISTRATE JUDGE